UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  07-61088-CIV-MORENO**

NANCY M. VALENCIA,

     Plaintiff,

vs.

NELSON, WATSON & ASSOCIATES,

     Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon the Joint Stipulation for Dismissal with Prejudice **(D.E. 11)**, filed **December 15, 2007**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.  It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs.  Fed.R.Civ.P. 41(a)(1)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of December, 2007.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record